IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DIAIRIS KENDRAS ROBINSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 317-045 |
| KEELY PITTS, Assistant District Attorney, Individually and in her Official Capacity; JUDGE BRIAN SELPH, Individually and in his Official Capacity; and ROBERT JOHNSON, Chief Investigator, Individually and in his Official Capacity, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 26th day of October, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE